| | | |
|---|---|---|
| Information to identify the case: | | |
| Debtor 1: | Randy L. Bingham <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2121 <br> EIN: 81-1020565 |
| Debtor 2: <br> (Spouse, if filing) | Jessica Lyn Bingham <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–7617 <br> EIN: __–_____ |
| United States Bankruptcy Court: Northern District of Illinois | | Date case filed for chapter: 7   1/15/22 |
| Case number: 22–00494 | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Randy L. Bingham | Jessica Lyn Bingham |
| 2. | **All other names used in the last 8 years** | dba Bingham Constructions Services LLC, dba Bingham, LLC | |
| 3. | **Address** | 15780 Valley View Street <br> New Lenox, IL 60451 | 11782 Alessandro Lane <br> Venice, FL 34293 |
| 4. | **Debtor's attorney** <br> Name and address | Lorraine M Greenberg <br> Lorraine M. Greenberg <br> 180 N. LaSalle Street <br> Suite 3700 <br> Chicago, IL 60601 | Contact phone 312 588–3330 <br><br> Email: lgreenberg@greenberglaw.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Joji Takada <br> Takada Law Office, LLC <br> 6336 North Cicero Avenue <br> Suite 201 <br> Chicago, IL 60646 | Contact phone 773 790 4888 <br><br> Email: trustee@takadallc.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **1**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 1/18/22 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 15, 2022 at 09:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **Appear by VIDEO. See details, www.justice.gov/ust–regions–r11, Click: Chicago, Illinois Office** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/18/22** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                    Case No. 22-00494-LAH
Randy L. Bingham                                                                          Chapter 7
Jessica Lyn Bingham
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 4
Date Rcvd: Jan 18, 2022      Form ID: 309A      Total Noticed: 81

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Randy L. Bingham, 15780 Valley View Street, New Lenox, IL 60451-5430 |
| jdb | + | Jessica Lyn Bingham, 11782 Alessandro Lane, Venice, FL 34293-1484 |
| 29629176 | + | Advanced Recovery Goup, 1373 Broad St #204, Clifton, NJ 07013-4231 |
| 29629177 | + | Advanced Recovery Group, 61-43 186th street Suite 450, Fresh Meadows, NY 11365-2710 |
| 29629178 | + | Affirm, Inc., 225 Bush Street, San Francisco, CA 94104-4215 |
| 29629180 | + | Affirm, Inc., c/o WESLEY E REIMNITZ, 19 GUILFORD DR, Springfield, IL 62711-8013 |
| 29629181 | | Alan K. LENCZYCKI, 223 N RT 21, GURNEE IL, 60031 |
| 29629189 | | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 29629190 | + | Block, Inc. fdba Square Inc., 1455 Market Street, Ste 600, San Francisco, CA 94103-1332 |
| 29629191 | + | Bonnie Singer, ZWICKER & ASSOCIATES, P.C., 7366 N LINCOLN AVE, STE 102, LINCOLNWOOD, IL 60712-1738 |
| 29629206 | + | Crown Concepts Corporation, 7080 Lisbon Road, Morris, IL 60450-8663 |
| 29629209 | | Equity Trust Company, P.O. Box 450369, Westlake, OH 44145 |
| 29629210 | + | Equity Trust Company, c/o Elizabeth Jerdonek, One Equity Way, Westlake, OH 44145-1050 |
| 29629212 | ++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003 address filed with court:, First Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 29629211 | ++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003 address filed with court:, First Savings Bank, Attn: Bankruptcy, Po Box 5019, Sioux Falls, SD 57117 |
| 29629214 | ++ | FIRST SAVINGS BANK BLAZE, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003 address filed with court:, First Savings Bank/Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 29629213 | ++ | FIRST SAVINGS BANK BLAZE, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003 address filed with court:, First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 29629215 | + | Fund Box, 6900 Dallas Parkway, STE 700, Plano, TX 75024-7188 |
| 29629219 | + | Ivy Receivables LLC, c/o Platinum Agent Services LLC, 3023 Avenue J, Brooklyn, NY 11210-3837 |
| 29629220 | + | John McHugh, c/o Timothy M. Johnston, Johnston,Tomei,Lenczycki & Goldberg, 350 N. Milwaukee Ave, Ste 202, Libertyville, IL 60048-2273 |
| 29629221 | + | Joliet Junior College, 1215 Houbolt Road, Joliet, IL 60431-8800 |
| 29629222 | + | Jordan M. Kielian, Mahoney Silverman & Cross LLC, 822 Infantry Drive, Suite 100, Joliet, IL 60435-3108 |
| 29629223 | + | Lisa McHugh, c/o Timothy M. Johnston, Johnston,Tomei,Lenczycki & Goldberg, 350 N. Milwaukee Ave, Ste 202, Libertyville, IL 60048-2273 |
| 29629225 | + | Rescue Legal Group, 1740 Broadway, New York, NY 10019-4315 |
| 29629226 | + | Silver Cross Hospital, 1900 Silver Cross Blvd, Attn: Patient Financial Accounts, New Lenox, IL 60451-9509 |
| 29629227 | + | Silver Cross Hospital & Medical Ctr, c/o JOHN KREPPS, 1900 SILVER CROSS BLVD, New Lenox, IL 60451-9509 |
| 29629228 | + | Square, 3165 E Millrock Drive, Suite 160, Salt Lake City, UT 84121-5987 |
| 29629244 | + | TIMOTHY CLARK, MCGRATH & CLARK, PC, 440 S STATE ST, MANHATTAN, IL 60442-8504 |
| 29629243 | + | The Avanza Group LLC, 3974 Amboy Road, Ste 306, Staten Island, NY 10308-2414 |
| 29629245 | + | Timothy M. Johnston, Johnston,Tomei,Lenczycki & Goldberg, 350 N. Milwaukee Ave, Ste 202, Libertyville, IL 60048-2273 |
| 29629246 | + | Unique Funding Solutions LLC, 2715 Coney Island, Brooklyn, NY 11235-5068 |
| 29629247 | + | Unique Funding Solutions LLC, 71 S. Central Avenue, Valley Stream, NY 11580-5495 |
| 29629248 | | Wells Fargo Home Mortgage, Attn: Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 29629250 | + | William S. Demchak, CEO, PNC Bank, N.A., 222 Delaware Ave, Wilmington, DE 19801-1637 |
| 29629251 | + | ZELJKO IVELIC, ZWICKER & ASSOCIATES, P.C., 7366 N LINCOLN AVE, STE 102, LINCOLNWOOD, IL 60712-1738 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: lgreenberg@greenberglaw.net | Jan 19 2022 01:34:00 | Lorraine M Greenberg, Lorraine M. Greenberg, 180 N. LaSalle Street, Suite 3700, Chicago, IL 60601 |
| tr | + EDI: BJTAKADA | Jan 19 2022 06:28:00 | Joji Takada, Takada Law Office, LLC, 6336 North Cicero Avenue, Suite 201, Chicago, IL 60646-4448 |
| 29629179 | + Email/Text: backoffice@affirm.com | Jan 19 2022 01:36:00 | Affirm, Inc., 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 29629182 | + EDI: GMACFS.COM | Jan 19 2022 06:28:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 29629183 | + EDI: GMACFS.COM | Jan 19 2022 06:28:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 29629184 | + Email/PDF: bncnotices@becket-lee.com | Jan 19 2022 01:38:34 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 29629185 | + Email/PDF: bncnotices@becket-lee.com | Jan 19 2022 01:38:40 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 29629186 | + EDI: TSYS2 | Jan 19 2022 06:28:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 29629187 | + EDI: TSYS2 | Jan 19 2022 06:28:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 29629192 | + EDI: CAPITALONE.COM | Jan 19 2022 06:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29629193 | + EDI: CAPITALONE.COM | Jan 19 2022 06:28:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 29629194 | + EDI: CAPITALONE.COM | Jan 19 2022 06:28:00 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29629195 | + EDI: CAPITALONE.COM | Jan 19 2022 06:28:00 | Capital One/Menards, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 29629196 | + EDI: CITICORP.COM | Jan 19 2022 06:28:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 29629197 | + EDI: CITICORP.COM | Jan 19 2022 06:28:00 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 29629199 | + EDI: CITICORP.COM | Jan 19 2022 06:28:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 29629198 | EDI: CITICORP.COM | Jan 19 2022 06:28:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 29629200 | + EDI: CITICORP.COM | Jan 19 2022 06:28:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 29629201 | + EDI: CITICORP.COM | Jan 19 2022 06:28:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 29629203 | + EDI: CITICORP.COM | Jan 19 2022 06:28:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 29629202 | + EDI: CITICORP.COM | Jan 19 2022 06:28:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 29629204 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2022 01:38:26 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 29629205 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2022 01:38:41 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 29629208 | EDI: DISCOVER.COM | Jan 19 2022 06:28:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 29629207 | + | EDI: DISCOVER.COM | Jan 19 2022 06:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 29629212 | | Email/Text: BNSFS@capitalsvcs.com | Jan 19 2022 01:35:00 | First Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 29629211 | | Email/Text: BNSFS@capitalsvcs.com | Jan 19 2022 01:35:00 | First Savings Bank, Attn: Bankruptcy, Po Box 5019, Sioux Falls, SD 57117 |
| 29629214 | | Email/Text: BNBLAZE@capitalsvcs.com | Jan 19 2022 01:35:00 | First Savings Bank/Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 29629213 | | Email/Text: BNBLAZE@capitalsvcs.com | Jan 19 2022 01:35:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 29629218 | | Email/Text: headwaybnc@enova.com | Jan 19 2022 01:35:00 | Headway Capital LLC, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604 |
| 29629216 | + | EDI: PHINHARRIS | Jan 19 2022 06:33:00 | Harris & Harris, Attn: Bankruptcy, 111 W Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 29629217 | + | EDI: PHINHARRIS | Jan 19 2022 06:33:00 | Harris & Harris, 111 West Jackson Boulevard, Chicago, IL 60604-4135 |
| 29629188 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2022 01:35:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 29629224 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2022 01:35:00 | PNC Bank, Atn: Bankruptcy Department, Po Box 94982, Cleveland, OH 44101 |
| 29629380 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 29629229 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 29629230 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 29629232 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 29629231 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 29629236 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 29629235 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 29629237 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 29629238 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 29629239 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 29629240 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 29629233 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29629234 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony Bank/hhgregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 29629242 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 29629241 | + | EDI: RMSC.COM | Jan 19 2022 06:28:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po |

| | | | |
|---|---|---|---|
| 29629249 | + EDI: WFFC.COM | Jan 19 2022 06:28:00 | Box 965060, Orlando, FL 32896-5060 Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 20, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joji Takada | trustee@takadallc.com IL74@ecfcbis.com |
| Lorraine M Greenberg | on behalf of Debtor 1 Randy L. Bingham lgreenberg@greenberglaw.net r41893@notify.bestcase.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 3