# JOJI TAKADA, Chapter 7 Trustee

6336 North Cicero Avenue
Suite 201
Chicago, Illinois 60646

Joji Takada
Direct Dial: (773) 790-4888
E-mail: trustee@takadallc.com
www.takadallc.com

January 26, 2021

Office of the U.S. Trustee
219 South Dearborn, 8th Floor
Chicago, Illinois 60604

    RE:    Resignation from the following cases:
             22-00482 Candace F. Bouchea
             22-00494 Randy L. Bingham and Jessica Lyn Bingham

I hereby resign from the foregoing cases, as I am unavailable to sit that scheduled day for 341 meetings.

Thank you for your assistance, and please contact me with any questions.

                                Very truly yours,

                                */s/ Joji Takada*