**Form ren341**

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Randy L. Bingham
15780 Valley View Street
New Lenox, IL 60451
SSN: xxx−xx−2121 EIN: 81−1020565
dba Bingham Constructions Services LLC, dba Bingham, LLC

Jessica Lyn Bingham
11782 Alessandro Lane
Venice, FL 34293
SSN: xxx−xx−7617 EIN: N.A.

Case No. : 22−00494
Chapter : 7
Judge : LaShonda A. Hunt

---

Debtor's Attorney:
Lorraine M Greenberg
Lorraine M. Greenberg
180 N. LaSalle Street
Suite 3700
Chicago, IL 60601

312 588−3330

Trustee:
Cindy M. Johnson
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, IL 60603

312−345−1306

## RENOTICE 341 MEETING

Please take notice that the 341 meeting date has been reset for:

February 22, 2022 , 11:30 AM
Appear by VIDEO. See details, www.justice.gov/ust−regions−r11, Click: Chicago, Illinois Office

For the Court,

Dated: January 26, 2022

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court