DocuSign Envelope ID: CDAF9A07-2B6A-436A-BC91-E5A2CA16E1E9

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Randy L. Bingham** | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse if, filing) | **Jessica Lyn Bingham** | |
| | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | |
| Case number (if known) | 22-00494 | ☐ Check if this is an amended filing |

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that

X /s/ Randy L. Bingham
Randy L. Bingham
Signature of Debtor 1

Date February 14, 2022

X /s/ Jessica Lyn Bingham
Jessica Lyn Bingham
Signature of Debtor 2

Date February 14, 2022

---

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy