# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 22-00494 LAH
**Case Name:** Randy L Bingham
Jessica Lyn Bingham
**Period Ending:** 09/30/22

**Trustee:** Cindy M. Johnson
**Filed (f) or Converted (c):** 01/15/22 (f)
**§341(a) Meeting Date:** 02/22/22
**Claims Bar Date:** 07/07/22

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 15780 Valley View Street New Lenox IL 60451 Will county<br>Objection to claimed exemption of co debtor allowed per order entered 4/1/2022 Docket 36 reducing exemption from the $30,000 claimed to $15,000<br>(see footnote) | 585,000.00 | 200,960.00 | | 560,678.00 | FA |
| 2 | Buick Enclave 2017 69000 miles<br>(see footnote) | 18,945.00 | 5,045.00 | | 5,000.00 | FA |
| 3 | Ford Transit 2015 120000 miles<br>(see footnote) | 7,809.00 | 0.00 | | 0.00 | FA |
| 4 | household goods and furnishings, holiday decorations; linens,housewares, small appliances, pots, pans, dishes; tables, chairs,bedroom set; couch, bunk beds, bar stoools,<br>Value of asset insufficient to administer in light of cost to liquidate | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5 | tv, tv; tv; cell phones, computer, laptop | 800.00 | 0.00 | | 0.00 | FA |
| 6 | necessary wearing apparel, bible, texbooks, family pictures | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | ring; wedding band; costume jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | dog | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Checking BMO Harris<br>Trustee is anticipating imminent turnover of these funds from the debtors. | 135.88 | 135.88 | | 0.00 | 125.88 |
| 11 | Bingham Construction Services LLC (an Illinois limited liability company, involuntarily dissolved 9/29/2020) Assets: tools, trailers, bank account BMO Harris: $2,585.23<br>Trustee is anticipating imminent turnover of these funds from the debtors. (amended Schedule C filed on 2/23/22 changed to no longer exempt this asset) | 2,585.23 | 2,585.23 | | 0.00 | 2,585.23 |
| 12 | Bingham, LLC, (a Florida Limited Liability Company) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | First Midwest Bank Wealth Management Land Trust No. : 7634See description of real property above in answer to question no. 1 | 0.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Licensed Electrical Contractor #IL-21-01-1396M | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Foresters Financial - Universal LifePolicy | 0.00 | 0.00 | | 0.00 | FA |
| 16 | NY Life Insurance Co. - life insurancepolicy | 15.93 | 0.00 | | 0.00 | FA |
| 17 | all accounts, including without limitation, all depositaccounts, accounts ]receivable, and other receivables,chattel paper, documents, equipment, general intangibles,instruments, and inventory, as those terms are defined byArticle 9 of the Uniform Commercial Code (the gUCC h), nowor hereafter owned or acquired by any Merchant; and (b) allproceeds, as that term is defined by Article 9 of the UCC. | 0.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$621,291.04** | **$211,726.11** | | **$565,678.00** | **$2,711.11** |

Regarding Property #1 $678.00 of non-contractual sale price relates to reimbursement of increased closing cost from mortgage lender due to their delay in providing payoff.
Regarding Property #2 Property Value changed from $12,000.00 to $18,945.00. Petition Value changed from $12,000.00 to $18,945.00.
Trustee accepted $5000 payable by reduction of Debtor Randy Bingham's homestead exemption. per order entered 4/25/22 Docket 55
Regarding Property #3 Property Value changed from $5,000.00 to $7,809.00. Petition Value changed from $5,000.00 to $7,809.00.

**Major activities affecting case closing:**
Trustee obtained authority to sell Valley View Street real estate on 4/22/22 (doc. 55 with corrective entry at doc 57). Property sold and funds received. Agreement with Debtor for a buyback of vehicle by reducing amount of homestead exemption on 4/25/22 (doc. 56). Trustee is anticipating turnover of remaining cash assets from the debtors imminently.
Claims bar date has been set and claims have been reviewed. Objections filed to two claims where basis is debtor fraud on corporate contracts and are subject to creditors' 523's and judge is continuing the objections to claims along with the adversaries. All other claims have been reviewed. Trustee hired accountant 6/17/22 (doc. 66).

**Initial Projected Date of Final Report (TFR):** January 16, 2023 **Current Projected Date of Final Report (TFR):** January 15, 2024

October 21, 2022
Date

/s/ Cindy M. Johnson
Cindy M. Johnson

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 22-00494 LAH
**Case Name:** Randy L Bingham
Jessica Lyn Bingham
**Taxpayer ID#:** ******0565
**Period:** 10/01/21 - 09/30/22

**Trustee:** Cindy M. Johnson
**Bank Name:** Webster Bank, NA
**Account:** ******6257 - Checking
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/01/22 | | Fidelity National Title Insurance Company | | | | 87,656.28 | | 87,656.28 |
| 06/01/22 | Asset #1 | | | 560,000.00 | 1110-000 | | | 87,656.28 |
| 06/01/22 | Asset #2 | | Payment from Debtor's exemption from closing authorized by compromise order entered 4/25/22 Docket 56 and order authorizing sale entered 4/25/22 Docket 55 | 5,000.00 | 1129-000 | | | 87,656.28 |
| 06/01/22 | | Century 21 Affiliated | | -28,250.00 | 3510-000 | | | 87,656.28 |
| 06/01/22 | | Village of New Lenox | Closing cost to have water turned on per order authorizing sale entered 4/25/22 Docket 55 | -388.52 | 2500-000 | | | 87,656.28 |
| 06/01/22 | | Will County Treasurer | Real Estate Tax 2021 and 22 proration per cost of closing per order entered 4/25/22 Docket 55 | -19,800.76 | 4120-000 | | | 87,656.28 |
| 06/01/22 | | Fidelity Title | Title charges authorized by order to sell property entered 4/25/22 Docket 55 | -3,915.50 | 2500-000 | | | 87,656.28 |
| 06/01/22 | | First Midwest Bank | Land Trust Fees cost of sale authorized by order authorizing sale entered 4/25/22 Docket 55 | -415.00 | 2500-000 | | | 87,656.28 |
| 06/01/22 | | Prairie Ridge Estates | HOA fees | -1,025.00 | 2500-000 | | | 87,656.28 |

# Form 2
# Cash Receipts and Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 22-00494 LAH | **Trustee:** | Cindy M. Johnson |
| **Case Name:** | Randy L Bingham<br>Jessica Lyn Bingham | **Bank Name:** | Webster Bank, NA |
| | | **Account:** | ******6257 - Checking |
| **Taxpayer ID#:** | ******0565 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period:** | 10/01/21 - 09/30/22 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/01/22 | | Randy Bingham | Debtor homestead exemption reduced by $5000 in payment of Buick Enclave per order authorizing sale entered 4/25/22 Docket 55 and order approving compromise with Debtor entered 4/25/22 Docket 56 | -10,000.00 | 8100-002 | | | 87,656.28 |
| 06/01/22 | | Specialized Loan Servicing | payoff of purchase money mortgage authorized by order authorizing sale entered 4/25/22 Docket 55 | -413,548.94 | 4110-000 | | | 87,656.28 |
| 06/30/22 | Asset #1 | Specialized Loan Servicing | | | 1110-000 | 678.00 | | 88,334.28 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **88,334.28** | **0.00** | **$88,334.28** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **88,334.28** | **0.00** | |
| Less: Payment to Debtors | | 10,000.00 | |
| **NET Receipts / Disbursements** | **$88,334.28** | **$-10,000.00** | |

| | |
|---|---|
| Net Receipts: | $88,334.28 |
| Plus Gross Adjustments: | 477,343.72 |
| Less Payments to Debtor: | 10,000.00 |
| Net Estate: | $555,678.00 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******6257** | **88,334.28** | **0.00** | **88,334.28** |
| | **$88,334.28** | **$0.00** | **$88,334.28** |